D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 11 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, PC,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8:23-ap-01029 |
| RICHARD A. MARSHACK, in his capacity as Chapter 11 Trustee for the Bankruptcy Estate of THE LITIGATION PRACTICE GROUP, PC,<br><br>Plaintiff and Real Party-in-Interest,<br><br>v.<br><br>VALIDATION PARTNERS, LLC; DEBT VALIDATION FUND II, LLC; MC DVI FUND 1, LLC; MC DVI FUND 2, LLC; and ALL SERVICES FINANCIAL, LLC,<br><br>Defendants. | NOTICE OF SUBSTITUTION OF RICHARD A. MARSHACK, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF THE LITIGATION PRACTICE GROUP, P.C., AS REAL PARTY-IN-INTEREST FOR PLAINTIFF, THE LITIGATION PRACTICE GROUP P.C.<br><br>(F.R.B.P. Rule 6009)<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that RICHARD A. MARSHACK, in his capacity as Chapter 11 Trustee ("Trustee") for the Bankruptcy Estate ("Estate") of THE LITIGATION PRACTICE GROUP P.C. ("Debtor"), case no. 8:23-bk-10571-SC, substitutes into this action as the Plaintiff and real party-in-interest in place of Plaintiff, The Litigation Practice Group P.C., with regard to all claims for relief alleged in the complaint filed in this action on April 7, 2023.

1   This substitution is made pursuant to Rule 6009 of the Federal Rules of Bankruptcy
2 Procedure. The Trustee is the sole representative of the bankruptcy estate and has exclusive standing
3 to prosecute the claims as alleged in this proceeding on behalf of the Estate.
4   NOTICE IS FURTHER GIVEN that all future papers, notices, and pleadings filed in this
5 case shall be served on the Trustee's counsel as follows:

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Dated:  June 9, 2023               MARSHACK HAYS LLP

                                   By: */s/ Laila Masud*
                                       D. EDWARD HAYS
                                       LAILA MASUD
                                       Attorneys for Plaintiff and Chapter 11 Trustee,
                                       RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF SUBSTITUTION OF RICHARD A. MARSHACK, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF THE LITIGATION PRACTICE GROUP, P.C., AS REAL PARTY-IN-INTEREST FOR PLAINTIFF, THE LITIGATION PRACTICE GROUP P.C.will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 9, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joon M Khang**    joon@khanglaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 9, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
PRESIDING JUDGE'S COPY
Bankruptcy Judge Hon. Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

|  June 9, 2023    Layla Buchanan  |  /s/ Layla Buchanan  |
|---|---|
| *Date    Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**