| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Chp. 11 Trustee, Richard A. Marshack | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP, PC<br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:23-ap-01029 |
|---|---|
| THE LITIGATION PRACTICE GROUP, PC,<br><br>Plaintiff(s),<br>vs.<br>VALIDTAION PARTNERS, LLC; DEBT VALIDATION FUND II, LLC; MC DVI FUND 1, LLC; MC DVI FUND 2, LLC; and ALL SERVICES FINANCIAL, LLC,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727**<br><br>**[FRBP 7041(a)]** |

A complaint was filed on (*date*) __04/07/2023__ and none of the claims involve 11 U.S.C. § 727:

☒ No response has been filed with the court or served on the plaintiff; or

☐ The parties filed a stipulation to dismiss the adversary proceeding on (*date*) _____; or

☐ The parties orally stipulated to dismiss on the record of the court on (*date*) _____.

Notice is given that the above-entitled contested matter [docket entry # __1__ ] is dismissed pursuant to FRBP 7041(a).

Date: __06/09/2023__

MARSHACK HAYS LLP
Printed name of law firm (if applicable)
LAILA MASUD
Printed name of individual Movant or attorney for Movant

/s/ Laila Masud
Signature of individual Movant or attorney for Movant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014     Page 1     F 7041-1.ADV.VOLUNTARY.DISMISSAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 9, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joon M Khang**    joon@khanglaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 9, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
PRESIDING JUDGE'S COPY
Bankruptcy Judge Hon. Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

|  June 9, 2023    Layla Buchanan | /s/ Layla Buchanan |
|---|---|
| *Date     Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                            **F 9013-3.1.PROOF.SERVICE**