**Fill in this information to identify your case:**

Debtor Name   **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*): _____

☑ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**
   - ☑ No. Go to Part 2.
   - ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  $ _____ **0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| **3.1** **Union Bank** | **Checking Account** | _____ | $ **4,500.00** |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| **4.1** **Funds held by payment processor - Marich Bein** | | $ **12,000,000.00** |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ **12,004,500.00**

---

**Schedule A/B: Property**

Copyright © Financial Software Solutions, LLC   BlueStylus

Debtor    **The Litigation Practice Group P.C.**                    Case number *(if known)* _____
       Name

---

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    - ☒ No. Go to Part 3.
    - ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2**
    Add lines 7 through 8. Copy the total to line 81.                    $_____ **62,000.00**

---

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ☒ No. Go to Part 4.
    - ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

    **11a. 90 days old or less:**    _____ **120,000,000.00** – _____ **0.00** = $ _____ **120,000,000.00**
                            face amount          doubtful or uncollectible accounts

    **11b. Over 90 days old:**    _____ **0.00** – _____ **0.00** = $ _____ **0.00**
                            face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $_____ **120,000,000.00**

---

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* | _____ |
| | Name | | |

---

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**
- ☒ No. Go to Part 5.
- ☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**
- ☒ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor   **The Litigation Practice Group P.C.**_____   Case number *(if known)* _____
        Name

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ **0.00**

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes.

    Book value   $_____ **0.00**   Valuation method _____   Current Value   $_____ **0.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ 0.00 | _____ | $_____ 0.00 |

Debtor    **The Litigation Practice Group P.C.**    Case number *(if known)* _____
_____
Name

32. **Other farming and fishing-related property not already listed in Part 6**

_____    $ _____ **0.00**    _____    $ _____ **0.00**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.    $ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
 ■ No
 ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes

Book value    $ _____ **0.00**    Valuation method _____    Current Value    $ _____ **0.00**

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| **Office furniture** | $ _____ **0.00** | _____ | $ _____ **Unknown** |
| 40. **Office fixtures** | | | |
| _____ | $ _____ **0.00** | _____ | $ _____ **0.00** |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **The Litigation Practice Group P.C.**                      Case number *(if known)* _____
          Name

41. **Office equipment, including all computer equipment and**
    **communication systems equipment and software**

    **Misc. computers, monitors, cubicles, TV's,**
    **office supplies** _____    $ _____ **0.00**    _____    $ _____ **Unknown**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

    _____    $ _____ **0.00**    _____    $ _____ **0.00**

43. **Total of Part 7.**

    Add lines 38 through 42. Copy the total to line 86.

    | | |
    |---|---|
    | $ _____ **0.00** | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | $ _____ **0.00** | _____ | $ _____ **0.00** |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| _____ | $ _____ **0.00** | _____ | $ _____ **0.00** |
| 49. **Aircraft and accessories** | | | |
| _____ | $ _____ **0.00** | _____ | $ _____ **0.00** |

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor    **The Litigation Practice Group P.C.**                          Case number *(if known)* _____
        Name

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____    $_____ 0.00    _____    $_____ 0.00

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.    $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
- ■ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property  Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | $_____0.00 | _____ | $_____0.00 |
| 61. **Internet domain names and websites** | | | |
| _____ | $_____0.00 | _____ | $_____0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | $_____0.00 | _____ | $_____0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Customer leads** | $_____0.00 | _____ | $____120,000.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | $_____0.00 | _____ | $_____0.00 |
| 65. **Goodwill** | | | |
| _____ | $_____0.00 | _____ | $_____0.00 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$____120,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☑ Yes

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    **0.00** – **0.00** =   $ _____ **0.00**
                    Total face amount      doubtful or uncollectible accounts

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax Year _____    $ _____ **0.00**

**73. Interests in insurance policies or annuities**

$ _____ **0.00**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

$ _____ **0.00**

Nature of claim    _____

Amount requested    $ _____ **0.00**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$ _____ **0.00**

Nature of claim    _____

Amount requested    $ _____ **0.00**

**76. Trusts, equitable or future interests in property**

$ _____ **0.00**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$ _____ **0.00**

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ _____ 0.00

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 12,004,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 62,000.00 | |
| 82. **Accounts receivable**. *Copy line 12, Part 3.* | $ 120,000,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 120,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ✚ | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...................... 91a. | $ 132,186,500.00 | ✚91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... $ 132,186,500.00

---

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*): _____

■ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | **Creditor's Name** |
| --- | --- |

**Diverse Capital LLC**

| Creditor's mailing address | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| **323 Sunny Isles Blvd, Ste 503** **Sunny Isles, FL 33154** | | $ **1,224,810.00** | $ **0.00** |

Creditor's email address, if known
_____

**Describe the lien**
_____

**Description**
**Breach of Settlement Agreement**

Date debt was incurred _____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  __The Litigation Practice Group P.C._____   Case number *(if known)* _____
   Name

---

| 2.2 | Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

**City Capital NY**

$ __2,950,000.00__   $ _____1.00__

**Creditor's mailing address**
**1135 Kane Concourse**
**Bay Harbour Islands, FL 33154**

**Creditor's email address, if known**

**Describe the lien**

**Description**
**Breach of Contract**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
■ No
☑ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
■ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority. _____
   ☑ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
■ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

**Fundura Capital Group**

$ __2,100,000.00__   $ _____1.00__

**Creditor's mailing address**
**80 Broad Street, Ste 3303**
**New York, NY 10004**

**Creditor's email address, if known**

**Describe the lien**

**Description**
**Breach of Contract claim**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
■ No
☑ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
■ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority. _____
   ☑ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
■ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**

$ __6,274,810.00__

---

Debtor    __The Litigation Practice Group P.C._____    Case number *(if known)* _____
                Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
|---------|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify your case:**

Debtor    **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*): _____

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |
| | **Indiana Dept of Revenue** | $   5,639.24 | $   5,639.24 |
| | **PO Box 1028** | | |
| | **INDIANAPOLIS, IN 46206** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
■ Unliquidated
☑ Disputed

Date or dates debt was incurred   _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☑ Yes

**Description**

**Withholding Tax**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Debtor    **The Litigation Practice Group P.C.**                                    Case number *(if known)* _____
　　　　　Name

---

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
|---|---|---|---|---|

**Dept of Labor and Industries**

　**PO Box 34022**

**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 190.05   $ _____ 190.05

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number   4900**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Ins tax

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )**

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
|---|---|---|---|---|

**Arizona Dept of Economic Security**

　**PO Box 6028**

**Phoenix, AZ 85005**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 35.00   $ _____ 35.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number   _____**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Tax

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )**

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
|---|---|---|---|---|

**Arkansas Dept of Finance & Admin**

　**PO Box 9941, Little Rock, AR 72203-9941**

**Little Rock, AR 72203**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 6,357.40   $ _____ 6,357.40

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number   _____**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Tax

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | The Litigation Practice Group P.C. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**2.5**

**Priority creditor's name and mailing address**

California Franchise Tax Board

PO Box 942857

Sacramento, CA 94257

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ __346,480.39__  $ __346,480.39__

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☒ Yes

**Description**

Tax

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.6**

**Priority creditor's name and mailing address**

Georgia Dept of Labor

148 Andrew Young International Blvd, NE, Suite 752

Atlanta, GA 30303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ __2,350.85__  $ __2,350.85__

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☒ Yes

**Description**

Tax

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.7**

**Priority creditor's name and mailing address**

Internal Revenue Service (IRS)

 Internal Revenue Service

Ogden, UT 84201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ __9,025.99__  $ __9,025.99__

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☒ Yes

**Description**

Tax

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

Debtor  **The Litigation Practice Group P.C.**                                  Case number *(if known)* _____
 Name

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|

**2.8** Priority creditor's name and mailing address

**Mississippi Dept of Revenue**

**PO Box 23075**

**Jackson, MS 39225**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____393.69   $_____393.69

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Description

**Tax**

---

**2.9** Priority creditor's name and mailing address

**Nevada Dept of Taxation**

**1550 College Parkway, Suite 115**

**Carson City, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____3,262.49   $_____3,262.49

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Description

**Tax**

---

**2.10** Priority creditor's name and mailing address

**Utah State Tax Commission**

**210 N 1950 W**

**Salt Lake City, UT 84134**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____212.82   $_____212.82

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Description

**Tax**

---

Debtor    __The Litigation Practice Group P.C.__    Case number *(if known)* _____
        Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

*Check all that apply.*

__Wisconsin Dept of Revenue__                 $ _____112.12    $ _____112.12

__PO Box 8901__                 ☒ Contingent

__Madison, WI 53708__                 ☒ Unliquidated

                ☒ Disputed

Date or dates debt was incurred                 Basis for the claim:

_____                 _____

Last 4 digits of account number _____                 Is the claim subject to offset?    Description

Specify Code subsection of PRIORITY                 ■ No        Tax
unsecured claim: 11 U.S.C. § 507(a) ( _____ )                 ☒ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

*Check all that apply.*                 $ _____14,472.33

__Ajilon__                 ☒ Contingent

__Lockbox: Dept CH 14031__                 ☒ Unliquidated

__Palatine, IL 60055__                 ☒ Disputed

Date or dates debt was incurred                 Basis for the claim:        Description

_____                 _____    Staffing Services

Last 4 digits of account number _____                 Is the claim subject to offset?

                ■ No

                ☒ Yes

---

Debtor    __The Litigation Practice Group P.C._____    Case number *(if known)* _____
                    Name

---

**3.2**  | **Nonpriority creditor's name and mailing address**

**Anthem Blue Cross**

**PO Box 511300**

**Los Angeles, CA 90051**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          $                **201,869.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**                    **Description**
_____            | Insurance

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.3**  | **Nonpriority creditor's name and mailing address**

**Azevedo Solutions Groups, Inc**

 **420 Adobe Canyon Rd**

**Kenwood, CA 95452**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          $                **187,956.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**                    **Description**
_____            | IT Vendor

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.4**  | **Nonpriority creditor's name and mailing address**

**Carolina Technologies & Consulting Invoice**

**1854 Hendersonville Road, Suite A
PMB #178**

**Asheville, NC 28803**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          $                **6,174.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**                    **Description**
_____            | IT Vendor

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | The Litigation Practice Group P.C. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.5** Nonpriority creditor's name and mailing address

Collaboration Advisors

400 Dorla Court

Zephyr Cove, NV 89448

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                  219,533.80

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

Description

Broker - marketing affiliates

---

**3.6** Nonpriority creditor's name and mailing address

Credit Reporting Service Inc

548 Market St, Suite 72907

San Francisco, CA 94104

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                   98,502.00

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

Description

Credit reporting platform

---

**3.7** Nonpriority creditor's name and mailing address

CT Corporation - Inv

PO Box 4349

Carol Stream, IL 80107

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                       374.00

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

Description

Agent for service of process

---

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
*Check all that apply.* | $ 162,500.00 |

**Debt Pay Pro**

**1900 E Golf Road, Suite 550**

**Schaumburg, IL 60173**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

CRM

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☒ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
*Check all that apply.* | $ 90,570.08 |

**Document Fulfillment Services**

**2930 Ramona Ave #100**

**Sacramento, CA 95826**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Mail vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☒ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
*Check all that apply.* | $ 7,842.00 |

**EnergyCare, LLC**

**2925 N. Green Valley Parkway
Suite C**

**Henderson, NV 89014**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Offshore call center

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☒ Yes

---

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
          Name

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $                    130,773.51 |

**Exela Enterprise Solutions**

**2701 E. Grauwyler Road**

**Irving, TX 75061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

Mail vendor

Last 4 digits of account number   _____

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $                    21,557.13 |

**First Legal Network, LLC**

**PO Box 743451**

**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

Online filing platform

Last 4 digits of account number   _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $                    7,861.98 |

**GHA Technologies Inc**

**Dept #2090**
**PO Box 29661**

**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

Computer sales

Last 4 digits of account number   _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.14** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 455.00

**Harrington Electric Inc**

**PO Box 886**

**Skyland, NC 28776**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Utility repair company

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☒ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 1,010.00

**Imagine Reporting**

**1350 Columbia Street
Suite 703**

**San Diego, CA 92103**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Document copying vendor

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 8,107.11

**Juize, Inc**

**PO Box 505**

**Murrieta, CA 92562**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Appliance lease

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

---

Debtor    __The Litigation Practice Group P.C.__                      Case number *(if known)* _____
          Name

---

| 3.17 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                              $                    1,939.09

**Krisp Technologies, Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2150 Shattuck Ave**
**Penthouse 1300**

**Berkeley, CA 94704**

**Date or dates debt was incurred**          **Basis for the claim:**          Description

_____          _____          | Software vendor |

**Last 4 digits of account number** _____          **Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                              $                   13,325.68

**Liberty Mutual**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 91013**

**Chicago, IL 60680**

**Date or dates debt was incurred**          **Basis for the claim:**          Description

_____          _____          | Insurance |

**Last 4 digits of account number** _____          **Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                              $                    3,225.83

**Marc Lemauviel - Allegra**

☐ Contingent
☐ Unliquidated
☐ Disputed

**326 MacNeil Way**

**Weaverville, NC 28787**

**Date or dates debt was incurred**          **Basis for the claim:**          Description

_____          _____          | Interior designer |

**Last 4 digits of account number** _____          **Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **The Litigation Practice Group P.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.20** | **Nonpriority creditor's name and mailing address**

**MarkSYS Holdings, LLC**

**3725 Cincinnati Ave**
**Suite 200**

**Rocklin, CA 95765**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                         **4,980.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Mail vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

**Netsuite-Oracle**

**2300 Oracle Way**

**Austin, TX 78741**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                         **101,320.10**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Bookkeeping software

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

**Pitney Bowes**

**PO Box 981026**

**Boston, MA 02298**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                         **1,091.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Mail meter vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    __The Litigation Practice Group P.C.__                     Case number *(if known)* _____
      Name

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 2,495.00 |

**Rapid Credit Inc**

**3558 Round Barn Blvd**
**Suite 200**

**Santa Rosa, CA 95403**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

**Description**
Credit repair company

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 3,683.54 |

**SBS Leasing A Program of De Lage Landen**

**PO Box 41602**

**Philadelphi, PA 19101**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

**Description**
Equipment leasing -
copier-printer

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 552.01 |

**Security Solutions**

**10911 Bloomfield St**

**Los Alamitos, CA 90720**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

**Description**
Door repair company

---

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
    Name

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                    $                    158,207.87

__Sharp Business Systems__

☐ Contingent
☐ Unliquidated
☐ Disputed

__ 8670 Argent St__

__Santee, CA 92071__

Date or dates debt was incurred                    Basis for the claim:                    Description

IT support services and
phone system

Last 4 digits of account number  _____    Is the claim subject to offset?

■ No
☐ Yes

---

3.27    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                    $                    14,091.02

__Streamline Performance Inc__

☐ Contingent
☐ Unliquidated
☐ Disputed

__1551 N Tustin, #555__

__Santa Ana, CA 92705__

Date or dates debt was incurred                    Basis for the claim:                    Description

Consultant

Last 4 digits of account number  _____    Is the claim subject to offset?

■ No
☐ Yes

---

3.28    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                    $                    1,987.20

__Thomson Reuters__

☐ Contingent
☐ Unliquidated
☐ Disputed

__ 610 Opperman Drive__

__Eagen, MN 55123__

Date or dates debt was incurred                    Basis for the claim:                    Description

Online search engine
platform

Last 4 digits of account number  _____    Is the claim subject to offset?

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor  __The Litigation Practice Group P.C.__        Case number *(if known)* _____
    Name

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 18,343.43 |

**Twilio, Inc**

**101 Spear Street**
**Suite 500**

**San Francisco, CA 94105**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☒ Yes

Description
**SMS vendor for CRM**

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 9,125.00 |

**Nationwide Appearance Attorneys**

**5737 Kanan Rd #628**

**Agoura Hills, CA 91301**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☒ Yes

Description
**Appearance counsel - 1099 basis**

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 52,095.81 |

**Executive Center LLC**

**5960 South Jones Blvd**

**Las Vegas, NV 89118**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☒ Yes

Description
**Lease (abandoned) - Las Vegas, NV**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor    **The Litigation Practice Group P.C.**                          Case number *(if known)* _____
          Name

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 247,591.48 |

**Outsource Accelerator Ltd**

**City Marque Limited, Unit 8801-2**
**Bldg 244-248 Des Voeux Rd**
**Central Hong Kong**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Description

| Offshore call center |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 481,609.52 |

**TaskUs Holdings, Inc.**

**1650 Independence Dr**

**New Braunfels, TX 78132**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Description

| Offshore call center |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 8,000,000.00 |

**Marich Bein LLC**

**99 Wall Street**
**Ste 2669**

**New York, NY 10005**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Description

| Breach of Contract |

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor  __The Litigation Practice Group P.C.__          Case number *(if known)* _____
     Name

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 25,000,000.00 |

**Validation Partners LLC**

**1300 Sawgrass Pkwy**
**Ste 110**

**Sunrise, FL 33323**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
| --- | --- | --- |
| _____ | _____ | **Breach of Contract** |

Last 4 digits of account number _____     Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 36,810,655.64 |

**MC DVI Fund 1, LLC; MC DVI Fund 2, LLC**

**1598 Cottonwood Dr**

**Glenview, IL 60026**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
| --- | --- | --- |
| _____ | _____ | **Breach of Contract** |

Last 4 digits of account number _____     Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 65,385,489.44 |

**Debt Validation Fund II, LLC**

**5075 Lower Valley Road**

**Atglen, PA 19310**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
| --- | --- | --- |
| _____ | _____ | **Breach of Contract** |

Last 4 digits of account number _____     Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor    **The Litigation Practice Group P.C.**                              Case number *(if known)* _____
     Name

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 139,787.22 |

**Tustin Executive Center**

**1630 S Sunkist Street**
**Ste A**

**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

**Description**
**Lease Dispute**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 28,000.00 |

**LexisNexus**

**15500 B Rockfield Blvd**

**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

**Description**
**Breach of contract -**
**Online Research Platform**

Last 4 digits of account number  7028

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 1,400,000.00 |

**JP Morgan Chase**

**3 Park Plaza, Ste 900**

**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

**Description**
**Commercial orporate**
**credit card**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor    __The Litigation Practice Group P.C.__    Case number *(if known)* _____
             Name

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

*Check all that apply.*

__Business Centers of America__                    $ _____ 2,400,000.00

__1100 Sir Francis Drake Blvd__                    ☒ Contingent
__Ste 1__                                          ☒ Unliquidated
                                                   ■ Disputed
__Kentfield, CA 94904__

Date or dates debt was incurred                    Basis for the claim:          Description
_____                      _____   Receivable purchase -
                                                                                    unperfected
Last 4 digits of account number  _____   Is the claim subject to offset?

                                                   ■ No
                                                   ☒ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

*Check all that apply.*

__Michael Schwartz__                               $ _____ Unknown

__3968 Lowry Avenue__                              ☒ Contingent
                                                   ☒ Unliquidated
__Cincinnati, OH 45229__                           ■ Disputed

Date or dates debt was incurred                    Basis for the claim:          Description
_____                      _____   Pending litigation - See
                                                                                    SOFA #9
Last 4 digits of account number  _____   Is the claim subject to offset?

                                                   ■ No
                                                   ☒ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

*Check all that apply.*

__Anibal Colon Jr__                                $ _____ Unknown

__c/o Alexander Taylor, Esq.__                     ☒ Contingent
__Sulaiman Law Group Ltd__                         ☒ Unliquidated
__2500 S. Highland Ave, Ste 200__                  ■ Disputed

__Lombard, IL 60148__

Date or dates debt was incurred                    Basis for the claim:          Description
_____                      _____   Pending litigation - SOFA
                                                                                    #7
Last 4 digits of account number  _____   Is the claim subject to offset?

                                                   ■ No
                                                   ☒ Yes

---

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
     Name

---

| 3.44 | Nonpriority creditor's name and mailing address |

**Kathleen Lacey**

**c/o David Chami, Esq.**
**Price Law Group**
**8245 N. 85th Way**

**Scottsdale, AZ 85258**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

$_____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | | Pending litigation - SOFA #7 |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address |

**David Ulery**

**c/o Joshua Eggnatz, Esq,**
**EGGNATZ | PASCUCCI**
**7450 Griffin Road, Suite 230**

**Davie, FL 33314**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

$_____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | | Pending litigation - SOFA #7 |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address |

**Kimberly Birdsong**

**c/o Alexander J. Taylor, Esq.**
**SULAIMANLAW GROUP**
**2500 South Highland Ave**
**Suite 200**

**Lombard, IL 60148**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

$_____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | | Pending litigation - see SOFA #7 |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
          Name

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

__Kevin Carpenter__

c/o Alexander Taylor, Esq,
Sulaiman Law Group Ltd
2500 S. Highland Ave, Ste 200

__Lombard, IL 60148__

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

Pending litigation - see SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

__Karen Suell__

c/o Nathan C. Volheim, Esq
Sulaiman Law Group
2500 S. Highland Ave, Ste 200

__Lombard, IL 60148__

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

Pending litigation - see SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

__Gloria Eaton__

c/o Kris Skaar, Esq.
133 Mirramont Lake Dr.

__Woodstock, GA 30189__

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

Pending litigation - see SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | The Litigation Practice Group P.C. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

**Carolyn Beech**

☐ Contingent
☐ Unliquidated
■ Disputed

**c/o Daniel Edelman, Esq.**
**20 South Clark St., Ste1500**

**Chicago, IL 60603**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**
**Pending litigation - see SOFA #7**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
*Check all that apply.* |
|---|---|---|

$_____ **Unknown**

**Debra Price**

☐ Contingent
☐ Unliquidated
■ Disputed

**c/o Robert Cocco**
**1500 Walnut St, Ste 900**

**Philadelphia, PA 19102**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**
**Pending litigation - see SOFA #7**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
*Check all that apply.* |
|---|---|---|

$_____ **Unknown**

**Kenneth Topp**

☐ Contingent
☐ Unliquidated
■ Disputed

**c/o Nathan Volheim, Esq**
**Sulaiman Law Group Ltd**
**2500 S Highland Ave, Ste 200**

**Lombard, IL 60148**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**
**Pending litigation - see SOFA #7**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    __The Litigation Practice Group P.C.__                    Case number *(if known)* _____
      Name

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |

__Darcy Williamson, Trustee__

__510 SW 10th__

__Topeka, KS 66612__

☒ Contingent
☒ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

**Description**
Pending litigation - see SOFA #7

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |

__James Hammett__

__c/o Jenna Dakraub
Price Law Group
8245 N. 85th Way__

__Scottsdale, AZ 85258__

☒ Contingent
☒ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

**Description**
Pending litigation - see SOFA #7

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |

__Johnny Rizo__

__c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200__

__Lombard, IL 60148__

☒ Contingent
☒ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

**Description**
Pending litigation - see SOFA #7

---

Debtor    __The Litigation Practice Group P.C.__    Case number *(if known)* _____
         Name

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ **Unknown** |

**Beverly Graham**

c/o Bobby Walker, Esq.
Sulaiman Law Group
2500 S. Highland Ave, Ste 200

Lombard, IL 60148

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Pending litigation - see
SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ **Unknown** |

**Kathleen Scarlett**

c/o Jeremiah Heck, Esq.
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200

Dublin, OH 43017

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Pending litigation - see
SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ **Unknown** |

**Geneve and Myranda Sheffield**

c/o Jeremiah Heck, Esq
Luftman Heck & Assoc
6253 Riverside Dr, Ste 200

Dublin, OH 43017

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Pending litigation - see
SOFA #7

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor    **The Litigation Practice Group P.C.**    Case number *(if known)* _____
             Name

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.**    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    Add the amounts of priority and nonpriority unsecured claims.           **Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $          **374,060.04** |
| 5b. | **Total claims from Part 2** | 5b.   **+** | $          **141,439,158.05** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          **141,813,218.09** |

---

Copyright © Financial Software Solutions, LLC
                                                                                     BlueStylus

**Fill in this information to identify your case:**

Debtor Name _____**The Litigation Practice Group P.C.**_____

United States Bankruptcy Court for the: __Central District of California__

Case number (*If known*): _____     Chapter   **7**

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2.    List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest      **Debtor's office - this lease will be rejected**  <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | **Tustin Executive Center**<br>**1630 S. Sunkist St., Ste A**<br>**Anaheim, CA 92806** |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest      **Former office in Las Vegas - lease will be rejected.**  <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | **Executive Center LLC**<br>**5960 S. JOnes Blvd.**<br>**Las Vegas, NV 89118** |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest      **See list of additional executory contracts**  <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | **See attached list** |

**Fill in this information to identify your case:**

Debtor Name   **The Litigation Practice Group P.C.**

United States Bankruptcy Court for the:   **Central District of California**

Case number (*If known*):

☑ Check if this is an amended filing

# Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.   **Does the debtor have any codebtors?**
  ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
  ☐ Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |